ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
Assistant United States Attorney
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0610
    Facsimile: (213) 894-0142
    E-mail:   christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　　v.

MARCELINO ARREDONO-SANCHEZ,
　　et al.,

　　　　　Defendants.

Case No. CR 14 00267

GOVERNMENT'S EX PARTE APPLICATION TO SEAL INDICTMENT AND ARREST WARRANTS; DECLARATION OF CHRISTOPHER PELHAM

(UNDER SEAL)

　　　　The United States of America hereby applies to this Court for an order permitting it to place the above-captioned indictment and accompanying arrest warrants, as well as all other accompanying documents, in the above-captioned proceeding under seal until the arrest of any of the defendants in that indictment on the charges in that indictment.

　　///
　　///
　　///

In addition, the request to seal would apply to the attached Memorandum of Points and Authorities and Declaration of Christopher K. Pelham, which serve as a basis for the application.

This ex parte application is based on the attached declaration of Christopher K. Pelham.

Dated: May 5, 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ Christopher K. Pelham
CHRISTOPHER K. PELHAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

In this application, the United States asks this Court to seal the indictment, arrest warrants and the forms filed therewith (namely, Notice to Court of Complex Criminal Case, Case Summary, Conflict Forms - Magistrates and Judges, Notice of Relate Case, and Government=s Notice of Request for Detention), for the defendants charged in this case. The Ninth Circuit has held that federal district courts have the inherent power to seal indictments, affidavits filed with complaints, arrest warrants and search warrants in appropriate circumstances. <u>Offices of Lakeside Non-Ferrous Metals, Inc. v. United States</u>, 679 F.2d 778, 779 (9th Cir. 1982); <u>United States v. Agosto</u>, 600 F.2d 1256, 1258 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the indictment would disclose facts which would interfere with an ongoing criminal investigation or would preclude apprehension of persons to be arrested who remain at-large. <u>Shea v. Gabriel</u>, 520 F.2d 879, 882 (1st Cir. 1979).

In the present case, as is set forth in attached Declaration of CHRISTOPHER K. PELHAM, the disclosure of the indictment and arrest warrants would directly harm the government's ongoing investigation of this matter, and related matters, by prematurely disclosing the existence, scope, and nature of the investigation and potentially thwart the government's efforts to apprehend other targets.

///

1  Accordingly, the government requests this Court to enter an
2  order temporarily sealing the indictment, arrest warrants, the forms
3  filed with the indictment, as well as this application, memorandum
4  and Declaration.

6  Dated: May 5, 2014                Respectfully submitted,

7                                    ANDRÉ BIROTTE JR.
                                     United States Attorney

9                                    ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     /s/ Christopher K. Pelham
11                                   _____
                                     CHRISTOPHER K. PELHAM
12                                   Assistant United States Attorney

13                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

## DECLARATION OF CHRISTOPHER PELHAM

1. I am the Assistant United States Attorney assigned to the prosecution of United States v. Marcelino Arredondo, et al. and United States v. Camilo Barraza, et al. (the "Indictments"). I am familiar with the facts of those cases based on my conversations with the investigating agents, my review of reports and documents, and my general familiarity with investigations and prosecutions of large-scale drug trafficking organizations.

2. I know that the Indictments stem from a Drug Enforcement Administration ("DEA") investigation into the activities of a large-scale drug trafficking organization with ties in Mexico, Southern California, and Chicago. I know that there are dozens of associates and conspirators who are affiliated with that organization. I further know that the defendants in the Indictments are unaware of the existence of this investigation and are unaware of their pending indictments and appearances.

3. I know, based on my prior experience and my conversations with investigators, that defendants engaged in criminal activities as members or associates of large-scale drug trafficking organizations will often take steps to destroy evidence, contact witness, or avoid detection if they become aware of a pending criminal prosecution.

///
///
///

1

         4.   Accordingly, I believe that the premature disclosure of this investigation, which would occur if the Indictments and related documents were not sealed, would, or could, have the adverse result described above.

         Sworn to on May 5, 2014 at Los Angeles, California.

         _____
         CHRISTOPHER PELHAM