```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-0610
     Facsimile:    (213) 894-0142
     E-mail:       christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR **CR 14 00267** |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | (UNDER SEAL) |
| MARCELINO ARREDONO-SANCHEZ, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. The document(s) sought to be filed under seal and the government's <u>ex parte</u> application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law, including its discovery obligations.

PATRICK J. WALSH

MAY - 9 2014
DATE

UNITED STATES MAGISTRATE JUDGE

1

OR IN CASE OF DENIAL:

 The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

          _____
          UNITED STATES MAGISTRATE JUDGE