# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MARCELINO ARREDONDO-SANCHEZ, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No. **CR 14 00267**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 224 AS AMENDED BY GENERAL ORDER 98-04) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to United States v. Camilo Barraza-Torres, et al., CR No. **14-246**, which:

_____ was previously assigned to the Honorable _____;

__x__ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__x__ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

__x__ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: May 5, 2014

CHRISTOPHER K. PELHAM
Assistant United States Attorney