# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MARCELINO ARREDONDO-SANCHEZ, et al.,<br><br>DEFENDANT(S). | Initial Indictment:<br><br>**CR 14 00267**<br>Case Number to be Assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case Number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To Be Filed No Later than Two Business Days Prior to the Time of Arraignment) |

☑ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☑ There are eight (8) or more defendants. The number of defendants is __12__.
and/or
☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____).
and/or
☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: 5/5/2014

_____
Assistant United States Attorney

---

CR-63 (07/05)      NOTICE TO COURT OF COMPLEX CRIMINAL CASE