[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
2014 MAY -9 PM 4:39

Case Number: CR 14 00267
Defendant Number: 8
U.S.A. v. MIGUEL ANGEL FLORES
Year of Birth: 1975
☑ Indictment ☐ Information
Investigative agency (FBI, DEA, etc.) DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense
☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense: Ongoing
c. County in which first offense occurred: Los Angeles
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
☑ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☑ San Bernardino ☐ Other

Citation of Offense: 21 USC 846

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☑ No ☐ Yes

IF YES Case Number N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** N/A

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: N/A
Charging: N/A

The complaint: ☐ is still pending
☐ was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented? ☐ No ☐ Yes
IF YES, provide, Name: N/A
Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☑ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: N/A
Case Number: N/A
The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
☐ was previously dismissed on: N/A
Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☐ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?  ☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☑ YES   ☐ NO
IF YES, list language and/or dialect:
Spanish

**OTHER**
☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s)   Mikey

This defendant is charged in:   ☐ All counts
☑ Only counts:  One
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).
Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No
The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution:  N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court:  N/A
Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date   5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name