**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | LACR14-267-MWF |
| Marcelino Arredondo-Sanchez, etal. <br> DEFENDANT(S). | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05** <br> (Related Criminal Case) |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_____    _____
Date                                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

*Although there is overlap of one defendant and the proceeds may arise from the same conspiracy, the offenses alleged in the low number case are distinct from those alleged in this case.*

May 15, 2014                                                  *Dolly M. Gee*
Date                                                                 United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  LACR14-266-DMG  and the present case:

☑ A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
☑ B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge so that the case number will read _____. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the: ☐ Western  ☐ Southern  ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc:  ☐ PSALA  ☐ PSASA  ☐ PSAED  ☐ USMLA  ☐ USMSA  ☐ USMED  ☐ Previous Judge  ☐ Statistics Clerk

CR-59 (12/07)                 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Criminal Case)