# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 2500 Tulare Street
### Fresno, CA 93721



Office of the Clerk
USDC – Central District of California
312 N. Spring Street, Room G-8
Los Angeles, CA 90012

RE:         USA vs. MIGUEL ANGEL FLORES
USDC No.:   1:14-MJ-00080-SKO

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated May 22, 2014, transmitted herewith are the following documents.

**Electronic Documents: 1 to 8.**

> Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                            Very truly yours,

May 23, 2014                /s/ M. Verduzco
                            _____
                            Deputy Clerk

RECEIVED BY:    _____
                Please Print Name

DATE RECEIVED:  _____

NEW CASE
NUMBER:         _____

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:14-mj-00080-SKO-1

Case title: USA v. Flores

Date Filed: 05/13/2014
Date Terminated: 05/22/2014

Assigned to: Magistrate Judge Sheila K. Oberto

**Defendant (1)**

**Miguel Angel Flores**
*TERMINATED: 05/22/2014*
also known as
Mickey
*TERMINATED: 05/22/2014*

represented by **Marc Days**
Federal Defender (FRS)
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5561
Fax: 559-487-5950
Email: marc_days@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Richard A. Beshwate, Jr.**
Law Office of Richard A. Beshwate, Jr.
2014 Tulare Street
Suite 414
Fresno, CA 93721
(559) 266-5000
Fax: (559) 266-0507
Email: rbjr777@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**

USA        represented by    **Laurel Jackson Montoya**
United States Attorney
Fresno Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4007
Fax: (559) 497-4099
Email: laurel.j.montoya@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/13/2014 | 1 | RULE 5 DOCUMENTS RECEIVED from Central District of California as to Miguel Angel Flores. (Gonzalez, R) (Entered: 05/14/2014) |
| 05/14/2014 | 2 | MINUTES (Text Only) for proceedings held before Magistrate Judge Sheila K. Oberto: INITIAL APPEARANCE RE OUT OF DISTRICT WARRANT re INDICTMENT (Central District of California, Los Angeles) as to Miguel Angel Flores held on 5/14/2014. Appearance entered by Laural Montoya for USA, Richard Beshwate on behalf of defendant. Defendant was advised of charges, max penalties, & rights; received Indictment; waived further reading & advisement of rights; Defense Counsel requested a Detention Hearing and an Identity Hearing setting to allow time to discuss a Rule 20 transfer with his client. **Detention Hearing and Identity Hearing Setting set for 5/21/2014, at 01:30 PM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** Defendant OREDERED TEMPORARILY DETAINED pending hearing. Government Counsel: L. Montoya present. Defense Counsel: R. Beshwate (appointed) present. Custody Status: Custody- Fully Shackled. Court Reporter/CD Number: ECRO- O. Figueroa. (Entered: 05/15/2014) |
| 05/14/2014 | 4 | NOTICE of ATTORNEY APPEARANCE: Richard A. Beshwate, Jr appearing for Miguel Angel Flores. (Flores, E) (Entered: 05/16/2014) |
| 05/17/2014 | 5 | CJA 20 APPOINTING ATTORNEY Richard A. Beshwate, Jr., as to Miguel Angel Flores, signed by Magistrate Judge Sheila K. Oberto on 05/12/14. (Gonzalez, R) (Entered: 05/20/2014) |
| 05/21/2014 | 6 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: DETENTION HEARING as to Miguel Angel Flores held on 5/21/2014. HEARING held, submitted - defendant Ordered DETAINED and TRANSPORTED. Identity Hearing held and the Court found that this the defendant that the Central District of Ca is looking for. Government Counsel: L. Montoya present. Defense Counsel: R. Beshwate present. Custody Status: Custody - Fully Shackled. ECRO - Otilia Figueroa. (Kusamura, W) (Entered: 05/22/2014) |
| 05/22/2014 | 7 | DETENTION ORDER as to Miguel Angel Flores signed by Magistrate Judge Stanley A. Boone on 5/21/2014. (Kusamura, W) (Entered: 05/22/2014) |
| 05/22/2014 | 8 | COMMITMENT to ANOTHER DISTRICT as to Miguel Angel Flores, signed by Magistrate Judge Stanley A. Boone on 5/22/14.. Defendant committed to Central District of California. (Verduzco, M) (Entered: 05/22/2014) |
| 05/23/2014 | 9 | TRANSMITTAL of DOCUMENTS on *5/22/2014* to * Office of the Clerk* *USDC - Central District of California* *312 N. Spring Street, Room G-8* *Los Angeles, CA 90012*. *Electronic Documents: 1 to 8. *. (Verduzco, M) (Entered: 05/23/2014) |

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPEARANCE

Case Number: ~~CR-14-00267~~

1:14 mj 80 SKO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Miguel Angel Flores
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 5-14-14

Signature: [signed]

Print Name: Richard Beshwate

State Bar Number: 175782

Address: 2020 Tulare St. Ste A

City: Fresno    Zip Code: 93721

Phone Number: 266-5000

E-Mail Address: RBJR777@yah

☒ Appointed
☐ Retained

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| CAE | FLORES, MIGUEL ANGEL | P14-0150 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:14-000080-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. FLORES | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS.
BESHWATE JR., RICHARD A.
2020 Tulare Street, Ste. A
Fresno CA 93721

Telephone Number: (559) 266-5000

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
☒ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☒ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 5/12/14   Nunc Pro Tunc Date: 05/14/2014

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

FILED MAY 17 2014 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 126.00 ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 126.00 ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14 MJ 00080 SKO |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| MIGUEL ANGEL FLORES, | |
| Defendant. | |

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
[X] By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
[X] By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Findings of Fact</u>
The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:
[X] (1) Nature and Circumstances of the offense charged:
    [X] (a) The crime, Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, is a serious crime and carries a maximum penalty of life
    [ ] (b) The offense is a crime of violence.
    [X] (c) The offense involves a narcotic drug.
    [ ] (d) The offense involves a large amount of controlled substances.
[X] (2) The weight of the evidence against the defendant is high.
[X] (3) The history and characteristics of the defendant including:
    (a) General Factors:
        [ ] The defendant appears to have a mental condition which may affect whether the defendant will appear.
        [X] The defendant has no known family ties in the area.
        [X] The defendant has no known steady employment.
        [X] The defendant has no known substantial financial resources.
        [ ] The defendant is not a long time resident of the community.
        [ ] The defendant does not have any known significant community ties.
        [ ] Past conduct of the defendant :
        [ ] The defendant has a history relating to drug abuse.
        [ ] The defendant has a history relating to alcohol abuse.
        [X] The defendant has a significant prior criminal record.
        [ ] The defendant has a prior record of failure to appear at court proceedings.
        [ ] The defendant has a history of violating probation and/or parole.

    (b) Whether the defendant was on probation, parole, or release by a court;
        At the time of the current arrest, the defendant was on:
        ☐ Probation
        ☐ Parole
        ☐ Release pending trial, sentence, appeal or completion of sentence.
    (c) Other Factors:
        ☐ The defendant is an illegal alien and is subject to deportation.
        ☐ The defendant is a legal alien and will be subject to deportation if convicted.
        ☐ Other:

(4) The nature and seriousness of the danger posed by the defendant's release are as follows:

(5) Rebuttable Presumptions
In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

  [X] a.  The crime charged is one described in § 3142(f)(1).
      ☐ (A) a crime of violence; or
      [X] (B) an offense for which the maximum penalty is life imprisonment or death; or
      [X] (C) a controlled substance violation that has a maximum penalty of ten years or more; or
      ☐ (D) A felony after the defendant had been convicted of two or more prior offenses described in (A) through (C) above, and the defendant has a prior conviction of one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release

  ☐ b.  There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
      ☐ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
      ☐ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
      ☐ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
      ☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
      ☐ an offense involving a minor under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D.  <u>Additional Directives</u>
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

The defendant be afforded reasonable opportunity for private consultation with counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: <u>May 21, 2014</u>                                  _____
                                                                UNITED STATES MAGISTRATE JUDGE

◈ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

**FILED**
MAY 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MIGUEL ANGEL FLORES

## COMMITMENT TO ANOTHER DISTRICT

Case No. *1:14-MJ-00080 SKO

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR 14-0267 | 1:14-MJ-00080 SKO |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

　　X　Indictment　　____Information　　____Complaint　　____Other (specify)

charging a violation of　　21　U.S.C. §　846

**DISTRICT OF OFFENSE**　Central District of California - Los Angeles Division

**DESCRIPTION OF CHARGES:**
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

**CURRENT BOND STATUS:**
____Bail fixed at $_____ and conditions were not met
____Government moved for detention and defendant detained after hearing in District of Arrest
　X　Government moved for detention and defendant detained pending detention hearing in District of Offense
____Other (specify)

**Representation**　　____Retained Own Counsel　　X Federal Defender Organization　　____CJA Attorney　　____None

**Interpreter Required?**　　X No　　____Yes　　Language:_____

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

　　You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/22/14
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |