UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MIGUEL ANGEL FLORES<br>aka Mickey<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR14-267-MWF-8<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 6/13/14 - 7:00 ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑ No ☐
3. Charges under which defendant has been booked:
   21 USC 841 - DANGEROUS DRUG
4. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes ☐ No ☐ Unknown
6. Interpreter Required: ☑ No ☐ Yes: _____ (Language)
7. Year of Birth: 1973
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR Time: 9:00 AM / PM
14. Remarks (if any): _____
15. Date: 6/13/14
16. Name: I. NAVARRO (Please Print)
17. Agency: USMS
18. Signature: _____
19. Office Phone Number: 213 894-1376

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION