# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Miguel Angel Flores Defendant. | Western Division<br>Case Number: 2:14-CR-00267-MWF-8    Indictment<br>Initial App. Date: 06/13/2014    Custody<br>Initial App. Time: 2:00 PM<br>Date Filed: 05/09/2014<br>Violation: 21 USC 846; 21 USC 841(a)(1); (b)(1)(A)(viii); 856(a)(1); 860a;18 USC 2(a)<br>CourtSmart/ Reporter: _Cindy Nirenberg_ |

| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Charles F. Eick | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |
|---|---|

**PRESENT:**  Pierson, Stacey — *Deputy Clerk*   |   _Jonathan Alexander_ — *Assistant U.S. Attorney*   |   None — *Interpreter/Language*

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    - [ ] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Robert P. Sticht, Panel [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
    - [ ] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [x] Defendant is ordered: [ ] Permanently Detained [x] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [ ] PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
    - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
    - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) _6/20/14_ (Time) _11:00_ (AM)/ PM
- Type of Hearing: _DET HEARING_ Before Judge _EICK_ /Duty Magistrate Judge.
- Proceedings will be held in the [ ] Duty Courtroom _____ [x] Judge's Courtroom _20, SPRING_
- [ ] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

√ [x] PSA [x] USPO   [x] FINANCIAL   [ ] READY

Deputy Clerk Initials _DS_ : _10_

---

M-5 (10/13)     CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE     Page 1 of 1