

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Miguel Angel Flores DEFENDANT(S). | CASE NUMBER CR 14-267 MWF-8 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _June 20_, _2014_, at _11:00_ ☑ a.m. / ☐ p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _6/13/14_

_____
U.S. District Judge/Magistrate Judge