UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MIGUEL ANGEL FLORES,<br>    aka "Mikey,"<br><br>              Defendant. | No. CR 14-267-MWF<br><br><u>INFORMATION RE: PRIOR CONVICTION</u><br><u>FOR A FELONY DRUG OFFENSE FOR</u><br><u>DEFENDANT MIGUEL ANGEL FLORES</u><br><br>[21 U.S.C. § 851: Proceedings to<br>Establish Prior Conviction] |

     The United States Attorney charges:

                    [21 U.S.C. § 851]

     Defendant MIGUEL ANGEL FLORES, also known as "Mikey," prior to

committing the offense alleged in Count One of the Indictment in

<u>United States v. Marcelino Arredondo-Sanchez, et al.</u>, CR No. 14-267-

MWF, had been finally convicted of a felony drug offense as that term

is defined and used in Title 21, United States Code, Sections

802(44), 841, and 851, namely, on or about February 2, 2006, in the

Superior Court of the State of California, County of Fresno,

///

///

1  Case Number F05500445, defendant MIGUEL ANGEL FLORES was convicted of

2  possession of a controlled substance, in violation of California

3  Health and Safety Code Section 11377(a).

4

5                                        STEPHANIE YONEKURA
                                         Acting United States Attorney
6

7

8                                        ROBERT E. DUGDALE
                                         Assistant United States Attorney
9                                        Chief, Criminal Division

10                                       KEVIN M. LALLY
                                         Assistant United States Attorney
11                                       Chief, Organized Crime
                                         Drug Enforcement Task Force Section
12
                                         RASHA GERGES SHIELDS
13                                       Assistant United States Attorney
                                         Deputy Chief, Organized Crime
14                                       Drug Enforcement Task Force Section

15                                       CHRISTOPHER K. PELHAM
                                         Assistant United States Attorney
16                                       Major Frauds Section

17

18

19

20

21

22

23

24

25

26

27

28