ROBERT PATRICK STICHT
State Bar No. 138586
Law Offices of Robert Patrick Sticht
P.O. Box 49457
Los Angeles, CA 90049
Tel: (310) 889-1950
Fax: (310) 889-1864
Email: LORPS@verizon.net

Attorney for Defendant,
Miguel Angel Flores

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 14-00267-MWF-8 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON STIPULATION TO WITHDRAW REQUEST FOR DETENTION, FIX BAIL AND CONDITIONS, AND FOR RELEASE OF DEFENDANT |
| v. | |
| MIGUEL ANGEL FLORES, | |
| Marcelino Arredondo-Sanchez, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY –

ORDERED that the parties' stipulation for release of defendant Miguel Angel Flores is approved, the government's request for detention is withdrawn, and the Court's Order of Detention dated June 20, 2014 (Doc. 89) is hereby superseded.

ORDERED FURTHER that bail is fixed subject to general conditions of release (e.g., that defendant not commit a Federal, State, or local crime during the period of

//

//

Case 2:14-cr-00267-MWF

release) and no additional conditions of release apply.

ORDERED FURTHER that Miguel Angel Flores shall be released forthwith.

SO ORDERED.

DATED: January 13 2015

HONORABLE CHARLES F. EICK
United States Magistrate Judge

