1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0610
        Facsimile:  (213) 894-0142
7       E-mail:     christopher.pelham@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,   | CR No. 14-267-MWF
13 |      Plaintiff,             | *EX PARTE* APPLICATION TO UNSEAL ARREST WARRANTS
14 |           v.                |
15 | MARCELINO ARREDONDO, et al.,|
16 |      Defendants.            |

17
        The United States of America, by and through its attorney of
18
   record, Assistant United States Attorney Christopher K. Pelham,
19
   hereby applies for an order unsealing the arrest warrants in the
20
   above-captioned case.
21

22

23

24

25

26

27

28

                                    1

On May 9, 2014, the government filed its indictment in this case.  On that date, the Court issued arrest warrants for the named defendants.  The government concurrently filed an application to seal the indictment and the arrest warrants on the grounds that none of the defendants, to the government's knowledge, were yet aware of the case and their impending arrest.

Several of the defendants in this case made their initial appearances before the Court on June 4, 2014, at which time the indictment was unsealed.  The arrest warrants, however, remain sealed, to the government's knowledge.  The government respectfully requests that these arrest warrants be unsealed at this time.  In particular, at least one of the defendants, NABHAN ISA, may soon be undergoing extradition proceedings for which an unsealed copy of the arrest warrant may be necessary.

Dated: 4/28/2015                    Respectfully submitted,

                                    STEPHANIE YONEKURA
                                    Acting United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                           /s/
                                    _____
                                    CHRISTOPHER K. PELHAM
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA