1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0610
        Facsimile:  (213) 894-0142
7       E-mail:     christopher.pelham@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 14-267-MWF |
|---|---|
| Plaintiff, | ORDER TO UNSEAL ARREST WARRANTS |
| v. | |
| MARCELINO ARREDONDO, et al., | |
| Defendants. | |

   This matter having come before the Court, upon the government's Application to Unseal Arrest Warrants in the above-captioned case and, good cause showing,

   IT IS ORDERED THAT:

1

The arrest warrants filed by the government in the above-captioned case shall be unsealed forthwith.

IT IS SO ORDERED.

DATED: April 29, 2015

_____
UNITED STATES DISTRICT JUDGE

Presented by:

         /s/
_____
CHRISTOPHER K. PELHAM
Assistant United States Attorney

2