EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2433
    Facsimile: (213) 894-0142
    E-mail:    Mark.Childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,           | No. CR 14-267-MWF |
|-------------------------------------|-------------------|
|     Plaintiff,  | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
|       v. | |
| MARCELINO ARREDONDO-SANCHEZ, et al., | |
|     Defendant(s). | |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|                          | Name               | E-mail Address                  |
|--------------------------|--------------------|---------------------------------|
| **Previously Assigned AUSA** | Christopher Pelham | Christopher.pelham@usdoj.gov    |
| **Newly Assigned AUSA**  | J. Mark Childs     | Mark.childs@usdoj.gov           |

    Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned

AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: 09/08/2015                    Respectfully submitted,

                                     EILEEN M. DECKER
                                     United States Attorney

                                     LAWRENCE MIDDLETON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                            /s/
                                     ─────────────────────────────
                                     J. MARK CHILDS
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA