PROB 22
(Rev. 2/88)

**FILED**
CLERK, U.S. DISTRICT COURT
11/9/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: kss DEPUTY

DOCKET NUMBER *(Tran. Court)*
CR14-00267-MWF

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
1:15-CR-00315-LJO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Miguel Angel Flores ▄▄▄▄▄▄▄ | Central of California | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | Michael Fitzgerald | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 21, 2015 | TO April 20, 2020 |

OFFENSE
21 USC 846, 21 USC 841(b)(1)(C): Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**FILED**
CLERK, U.S. DISTRICT COURT
11/24/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: JL DEPUTY

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 9, 2015
*Date*

*[signature: Michael W. Fitzgerald]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov 19, 2015
*Effective Date*

*[signature]*
*United States District Judge*